# NO. 12-11-00246-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *WILLIS JACKSON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This original proceeding arises out of a suit affecting the parent-child relationship. M.L.M.J., a child, is the subject of the suit and has resided with her maternal aunt since the underlying suit was filed. In his petition, the child's father requests a writ of mandamus directing the trial court to vacate its temporary orders signed on May 12, 2011, and return the child to him. The father has also filed a motion for emergency relief requesting that the final hearing set for August 18, 2011, be stayed until this court's resolution in this proceeding.

The motion for emergency relief and the petition for writ of mandamus are ***denied***. *See* TEX. R. APP. P. 52.8(a).

Opinion delivered August 17, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)